No. 73–1655. Ruhm v. Turner, Sheriff, et al., 419 U. S. 882;

No. 74–64. Abate et al. v. Pittsburgh Plate Glass Co. et al., 419 U. S. 900;

No. 74–111. Pfotzer et al. v. City of Norwalk et al., 419 U. S. 1047;

No. 74–145. Brainerd v. Beal et al., 419 U. S. 1069;

No. 74–247. Simmons v. United States, 419 U. S. 1048;

No. 74–307. B & L Motor Freight, Inc., et al. v. Heymann, Director, Division of Motor Vehicles, et al., 419 U. S. 1042;

No. 74–324. City of Dallas et al. v. Southwest Airlines Co. et al., 419 U. S. 1079;

No. 74–457. Crane v. Industrial Commission of Illinois et al., 419 U. S. 1050; and

No. 74–468. Webster v. Kentucky, 419 U. S. 1070. Petitions for rehearing denied.

No. 74–28. O'Bryan v. Chandler, U. S. District Judge, 419 U. S. 986. Motion for leave to file petition for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of this motion.*

FEBRUARY 3, 1975

No. 74–846. Marks et al. v. Ohio. Ct. App. Ohio, Hamilton County. Certiorari dismissed under this Court's Rule 60.

FEBRUARY 14, 1975

No. 74–439. Lewis v. United States. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas took no part

*See also note, supra, p. 901.